| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**U-First, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):    **74-2787550** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1525 West Koenig**<br>**Austin, TX**     ZIP CODE **78756** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**AUSTIN** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1525 West Koenig**<br>**Austin, TX**     ZIP CODE **78756** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.44.4, ID 0711341753)*

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): U-First, L.L.C. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: <br> **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X_____ <br>                                                Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                             _____
                             (Name of landlord that obtained judgment)


                             _____
                                   (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **U-First, L.L.C.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X_____ X_____ Telephone Number (If not represented by attorney) Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X_____ (Signature of Foreign Representative) (Printed Name of Foreign Representative) Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  /s/ James M. Schober<br>**James M. Schober**      Bar No. **24004907**<br><br>Selman Munson & Lerner, PC<br>Barton Oaks Plaza Four, Suite 200<br>901 South Mopac Expressway<br>Austin, TX  78746<br><br>Phone No.**(512) 505-5955**     Fax No.**(512) 505-5956**<br>10/05/2009<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**U-First, L.L.C.**<br><br>X  /s/ Dallas Hendrix<br>Signature of Authorized Individual<br><br>**Dallas Hendrix**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>10/05/2009<br>Date | Address<br>X_____<br><br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: **U-First, L.L.C.**  Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Capmark Finance<br>Attn: Mark Averett<br>3 Ravinia Dr., Ste. 200<br>Atlanta, GA 30346 | | Notice Only | | $3,442,396.63 |
| Metro IV, Ltd.<br>c/o Molly Mayhall<br>Barnett & Garcia<br>211 RR 20 South, Ste. 110<br>Austin, TX 78734 | | Notice Only | Disputed | $868,361.00 |
| William Stewart<br>18914 Hwy 87<br>Lubbock, TX 79423 | | Notice Only | Disputed | $544,298.87 |
| GE Capital Electric Capital Corp<br>P.O. Box 848319<br>Dallas, TX 75284-8319 | | Notice Only | | $105,417.17 |
| GE Capital<br>P.O. Box 740423<br>Atlanta, GA 30374-0423 | | Notice Only | | $13,023.82 |
| Popeyes Texas Partners, LP<br>Attn: Christopher Phipps<br>121 Spear St., Ste. 250<br>San Francisco, CA 94105 | | Notice Only | | $8,835.93 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: **U-First, L.L.C.**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Inland America Retail Mgt., LLC<br>12340 Jones Rd., Ste. 290<br>Houston, TX 77070 | | Notice Only | | $5,453.71 |
| Farmers Branch/Midway Partners, LP<br>Attn: Christopher Phipps<br>121 Spear St., Ste. 250<br>San Francisco, CA 94105 | | Notice Only | | $4,537.50 |
| Popeyes Texas Partners, LP<br>Attn: Christopher Phipps<br>121 Spear St., Ste. 250<br>San Francisco, CA 94105 | | Notice Only | | $3,804.17 |
| Estate of Louis Widen<br>c/o Anna Marie Speir<br>#15 Las Brisas<br>Austin, TX 78746 | | Notice Only | | $1,603.77 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Manager** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/05/2009**  Signature: **/s/ Dallas Hendrix**
*Dallas Hendrix*
Manager

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: U-First, L.L.C.            CASE NO

CHAPTER 11

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 10/05/2009      Signature /s/ Dallas Hendrix
*Dallas Hendrix*
*Manager*

Date _____      Signature _____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: U-First, L.L.C.                                                                CASE NO

                                                                                              CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/05/2009                                    Signature  /s/ Dallas Hendrix
                                                                  *Dallas Hendrix*
                                                                  *Manager*

Date _____                Signature _____

A TEX Pest Control
124 Vicksburg Loop
Elgin, TX 78621


A to Z Electronics
12112 Roxie Drive, Suite A
Austin, TX 78729


Adam Pugh
Slater, Kennon & Jameson, LLP
4807 Spicewood Springs Road
Building 2, Suite 240
Austin, TX 78759

AFC Enterprises
22137 Network Place
Chicago, IL 60673-1221


AFC Enterprises - Ad Fund
Popeyes Ad Fund
P.O. Box 406596
Atlanta, GA 30384-6596


AFLAC
1932 Wynnton Road
Columbus, GA 31999


Alliance Safety and Fire
1701 S. Mays
Suite J #205
Round Rock, TX 78664


Aramark Uniform Services
P.O. Box 36028
Dallas, TX 75235


AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

```
Atmos Energy - Gas
P.O. Box 78108
Phoenix, AZ  85062-8108



Baker & Associates
P.O. Box 718
800 Hwy 290 West, Bldg. A
Dipping Springs, TX  78620



Capmark Finance
Attn: Mark Averett
3 Ravinia Dr., Ste. 200
Atlanta, GA  30346



City of Austin Utilities
P.O. Box 2267
Austin, TX  78783-2267



CSE, Inc.
5400 S. Westridge Drive
New Berlin, WI  53151



Estate of Louis Widen
c/o Anna Marie Speir
#15 Las Brisas
Austin, TX  78746



Facility Solutions Group
P.O. Box 971487
Dallas, TX  75397-1487



Farmers Branch/Midway Partners, LP
Attn: Christopher Phipps
121 Spear St., Ste. 250
San Francisco, CA  94105



Gary & Becker, P.C.
900 West Ave.
Austin, TX  78701-2210
```

GE Capital
P.O. Box 740423
Atlanta, GA  30374-0423


GE Capital Electric Capital Corp
P.O. Box 848319
Dallas, TX  75284-8319


GMAC U-First, LLC
Three Ravinia Dr.
Ste. 220
Atlanta, GA  30346


Granite Security Systems
4515 Hudson Bend Rd., Ste. 100
Austin, TX  78734


Henry Hobbs
Assistant U.S. Trustee
903 San Jacinto, Ste. 230
Austin, TX  78701


IKON Financial Services
P.O. Box 650016
Dallas, TX  75265-0016


Inland America Retail Mgt., LLC
12340 Jones Rd., Ste. 290
Houston, TX  77070


Jackson Lloyd Occupational Brk
P.O. Box 187
Longview, TX  75606


Johnstone Supply
3007 Longhorn Blvd., Ste. 106
Austin, TX  78758

```
JPDH, LLC
1525 W. Koenig Ln.
Austin, TX  78756




K & M Enviromental Controls LLC
511 S. Lariat Circle
Dripping Springs, TX  78620




Liquid Environmental Solutions of Texas
P.O. Box 671064
Dept. 4
Dallas, TX  75267



Mark Schwartz
Eric T. Marin
Mark Schwartz & Associates, LLP
700 Lavaca #405
Austin, TX  78701

Marlin Leasing
P.O. Box 13604
Philadelphia, PA  19101-3604



Metro IV, Ltd.
c/o Molly Mayhall
Barnett & Garcia
211 RR 20 South, Ste. 110
Austin, TX  78734

National Liquids
P.O. Box 1377
Buda, TX  78610



Nelda Wells Spears Tax Assessor
P.O. Box 1748
Austin, TX  78767-1748



NuCo2 LLC
P.O. Box 9011
Stuart, FL  34995-9011
```

Office Depot Credit Plan
Dept. 56
P.O. Box 9020
Des Moines, IA  50368-9020


Ozarka Water Company
P.O. Box 856680
Louisville, KY  40285-6680


Patrick Villareal
4313 Dorothy
Bellaire, TX  77401


Pepsi
P.O. Box 841828
Dallas, TX  75284-1828


PFG
P.O. Box 951641
Dallas, TX  75395-1641


Popeyes Texas Partners, LP
Attn: Christopher Phipps
121 Spear St., Ste. 250
San Francisco, CA  94105


R W Morgan Electric
4402 South Congress, Ste. 108
Austin, TX  78745


Round Rock - Water
City of Round Rock
221 East Main St.
Round Rock, TX  78664


Round Rock Tax Office
1311 Round Rock Ave.
Round Rock, TX  78681

Security Self Storage
10210 N. Lamar Blvd.
Austin, TX  78753


Security State Bank and Trust
P.O. Box 1154
Dripping Springs, TX  78620


Summerwood Partners
22416 I 30, Ste. 1000
Landers Plaza
Bryant Arkansas  70222


Sun Country Filters
94 Dupree
Buda, TX  78610


Texas Gas Service
P.O. Box 269042
Oklahoma City, OK  73126-9042


The Wasserstrom Company
477 S. Front St.
Columbus, OH  43215


TMobile
P.O. Box 790047
St. Louis, MO  63179-0047


TXU Electric
P.O. Box 660409
Dallas, TX  75266-0409


U-First, LLC
1525 W. Koenig Lane
Austin, TX  78756

```
Ultrafryer Systems
302 Spencer Lane
P.O. Box 5369
San Antonio, TX  78201


Visa - Capital One
P.O. Box 650007
Dallas, TX  75265-0007


Wells Fargo Bank Texas, NA
P.O. Box 659713
San Antonio, TX  78265


White Glove Technologies
2136 Rutland Dr., Ste. B
Austin, TX  78758


William Stewart
18914 Hwy 87
Lubbock, TX  79423


Windermere Utility Company
P.O. Box 650784
Dallas, TX  75265-0784


Wirth Telecom Services
P.O. Box 2013-239
Austin, TX  78768-2013
```